**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

AL and PO Corporation

       Plaintiff,

v.                 Case No.: 1:14−cv−05043
                 Honorable Sara L. Ellis

Flavma, Inc.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 1, 2014:

  MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Stipulation of Voluntary Dismissal with Prejudice [23], this action is dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims. Except as otherwise agreed, each party shall bear his or its own costs and expenses, including attorneys' fees. All pending dates and/or motions are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.